UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**,　　　　　　　Case No. 3:04-CR-00084-01-KI

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　ORDER

　　　　　　　　v.

**CRAIG MITCHELL MORRIS**,

　　　　　Defendant.

　　　S. Amanda Marshall
　　　United States Attorney
　　　District of Oregon
　　　Johnathan S. Haub
　　　United States Attorney's Office
　　　1000 SW Third Avenue, Suite 600
　　　Portland, Oregon  97204

　　　　　Attorneys for Plaintiff

Page 1 - ORDER

James F. Halley
The Strowbridge Building
735 SW First Avenue
Portland, Oregon  97204

        Attorney for Defendant

KING, Judge:

The court grants defendant's Motion for Early Termination or Reduction of Supervised Release Term [98].  Defendant has successfully completed more than three years of his five year term of supervised release.  The court concludes there is no need to continue the supervised release for the entire five year term.  Accordingly, the court reduces the term of supervised release to four years.

        IT IS SO ORDERED.

        Dated this     14th     day of December, 2011.

                                           /s/ Garr M. King
                                           Garr M. King
                                           United States District Judge